UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. |
| | ) | |
| v. | ) | ORDER SEALING |
| | ) | COMPLAINT AND AFFIDAVIT |
| | ) | |
| MUSTAFA DONUK | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Complaint and Affidavit in this matter be sealed, pursuant to the on-going nature of the investigation in this matter;

NOW THEREFORE IT IS ORDERED that the Complaint and Affidavit in this matter be sealed and remain sealed until such time as the United States thereafter moves for the unsealing of same.

This the 6th day of March, 2007.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE